IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| HAROLD MASON, | * |
| Plaintiff, | * |
| v. | Case No.: 1:24-CV-123 (LAG) |
| | * |
| ROOSEVELT CARTER I, CARTER FARMS and FLINT RIVER CONSTRUCTION SERVICES INC., | * |
| | * |
| Defendants. | |

_____

**J U D G M E N T**

Pursuant to this Court's Order dated April 2, 2025 and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 2nd day of April, 2025.

David W. Bunt, Clerk

s/ Michelle Paschal, Deputy Clerk